# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DARNELL ROBERT BONNER,

          Plaintiff,

    -vs-                                   Case No.   10-C-193

LT PUDIOKAS, CORPORAL REID,
CORPORAL DOE, SGT MUKITIS,
DR CALDWELL, SGT SALAS, and
CORPORAL JARVELA,

          Defendants.

## ORDER

        The *pro se* plaintiff, Darnell Robert Bonner, who is incarcerated at the Kenosha County Detention Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis*. The plaintiff is required to pay the statutory filing fee of $350.00 for this action. *See* 28 U.S.C. § 1915(b)(1).

        By order dated April 14, 2010, the plaintiff was ordered to forward to the Clerk of Court by May 5, 2010, the sum of $.33 as an initial partial filing fee in this action. The plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed *in forma pauperis*. To date the plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee this court infers that the plaintiff no longer wants to prosecute this action.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that copies of this order be sent to the Kenosha County Sheriff and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Dated at Milwaukee, Wisconsin, this 20th day of May, 2010.

**SO ORDERED,**

*s/ Rudolph T. Randa*

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**